UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANA SANCHEZ AND NATALIA SANCHEZ,

                Plaintiffs,                23-CV-07081 (JGLC)

    -against-                  **ORDER**

PARK AVE. APARTMENTS LLC, MOSHE PILLER,
AND ISAAC FRIED,

                Defendants.

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Thursday, December 7, 2023, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

    SO ORDERED.

DATED:    New York, New York
                November 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge