UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIANA SANCHEZ AND NATALIA SANCHEZ,

                               Plaintiffs,                            23-CV-07081 (JGLC)

          -against-                                **ORDER RESCHEDULING**
                                                                         **SETTLEMENT CONFERENCE**

PARK AVE. APARTMENTS LLC, MOSHE PILLER,
AND ISAAC FRIED,

                               Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference in this matter scheduled for February 7, 2024, is rescheduled to **Monday, March 11, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Monday, March 4, 2024.**

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

        **SO ORDERED.**

DATED:      New York, New York
               January 24, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge