

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

**MEMO ENDORSED**

William J. Anthony
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

February 5, 2024

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Sanchez et al. v. Park Ave. Apartments LLC et al.*
      Case No. 1:23-cv-07081-JGLC

Dear Honorable Judge Clarke:

The firm represents the Defendants in the above-referenced matter.  Pursuant to Rule 2e of Your Honor's Individual Rules of Practice in Civil Cases we write on behalf of both parties to request a postponement of the February 13, 2024 status conference hearing date.  The parties rescheduled the settlement conference until March 11, 2024, and would like to schedule this conference after the parties meet.  There have been no previous requests for a postponement.  I have conferred with Plaintiffs' counsel who consents to the above.

Thank you for your consideration.

Application GRANTED. The status conference previously scheduled for February 13, 2024 is hereby adjourned to **March 26, 2024 at 3:00 p.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.

Respectfully submitted,

/s/ *William J. Anthony*

William J. Anthony

cc:   Counsel of Record (via ECF)

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 6, 2024
       New York, New York

littler.com