

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

MEMO ENDORSED

William J. Anthony
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

March 18, 2024

Application GRANTED. The status conference previously scheduled for March 26, 2024 is hereby adjourned to **June 11, 2024** at **11:00 a.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.

SO ORDERED

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 18, 2024
       New York, New York

VIA ECF

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Sanchez et al. v. Park Ave. Apartments LLC et al.*
        Case No. 1:23-cv-07081-JGLC

Dear Honorable Judge Clarke:

The firm represents the Defendants in the above-referenced matter.  Pursuant to Rule 2e of Your Honor's Individual Rules of Practice in Civil Cases we write on behalf of both parties to request a postponement of the March 26, 2024, status conference.  The settlement conference scheduled for March 11, 2024, was rescheduled and will not take place until May 29, 2024.  As a result, we would like to schedule this conference until after the parties' settlement conference.  I have conferred with Plaintiffs' counsel who consents to the above.

Thank you for your consideration.

Respectfully submitted,

/s/William J. Anthony

William J. Anthony

cc:     Counsel of Record (via ECF)

littler.com