# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308.  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

May 9, 2025

**VIA ECF**  
Honorable Jessica G. L. Clarke  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Sanchez et al v. Park Ave. Apartments LLC et al, 23-cv-7081

Your Honor:

The parties would respectfully request until June 6, 2025 to submit their Cheeks motion. The parties are negotiating the scope of their proposed release. The Plaintiffs are currently occupying in apartments owned by the Defendants. One of the Plaintiffs is on the cusp of surrendering her unit. The parties hope to finalize their proposed release after the surrender to present an agreement eligible for Cheeks approval.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE

Dated: 5/13/25

The extension requested herein is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 40.