# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                             Telephone: (347) 687-2019
Suite 308.                                                    cmulhollandesq@gmail.com
Astoria, NY 11106

June 6, 2025

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Sanchez et al v. Park Ave. Apartments LLC et al, 23-cv-7081

Your Honor:

The parties would respectfully ask for a two-week extension to file their Cheeks motion. The parties had an on-going housing court matter regarding Diana Sanchez, and the parties have been working diligently to craft their agreement such that both of their clients are fairly protected by any proposed release within the agreement in this matter. We have made a major milestone in that issue last week and we are discussing an ultimate final draft with our clients now that we anticipate being able to file in two weeks.

The parties greatly appreciate the Court's patience with this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 6/12/2025

The extension requested herein is GRANTED. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 43.