UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANA SANCHEZ AND NATALIA SANCHEZ,

                    **Plaintiffs,**                    23-CV-07081 (VF)

    -against-                                  **ORDER**

PARK AVE. APARTMENTS LLC, MOSHE PILLER,
AND ISAAC FRIED,

                    **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per ECF No. 44, the parties were directed to file their Cheeks motion by June 26, 2025. No such motion has been filed. The parties are directed to file a joint status update by **July 11, 2025**, unless the motion is filed prior to that date.

        SO ORDERED.

DATED:    New York, New York
               July 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge