# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308.  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

July 29, 2025

**VIA ECF**  
Honorable Valerie Figueredo  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Sanchez et al v. Park Ave. Apartments LLC et al, 23-cv-7081

Your Honor:

The parties have been diligently working together however both counsels agree we would benefit from a final extension to work out some of the issues raised by our clients in completing the settlement herein.

If the Court would so oblige, counsel would jointly request for leave to submit their Rule 68 or settlement agreement on or before August 15, 2025.

The parties greatly appreciate the Court's patience with this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE

**Dated:** 7/30/25

The extension requested herein is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.