**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DIANA SANCHEZ AND NATALIA SANCHEZ,

                          **Plaintiffs,**                                    **23-CV-07081 (VF)**

                  **-against-**                                               **ORDER**

PARK AVE. APARTMENTS LLC, MOSHE PILLER,
AND ISAAC FRIED,

                          **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The parties were directed to file their Cheeks motion by August 22, 2025. No such

motion has been filed. The parties are directed to file a joint status update by **September 9,**

**2025**, unless the motion is filed prior to that date.

        **SO ORDERED.**

DATED:        New York, New York
              August 26, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 8/26/2025